## RONALD GEDNEY *v.* BOARD OF EDUCATION OF THE TOWN OF GROTON

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 297 (AC 16398), is denied.

BERDON, J., dissenting. I would grant certification on the following issue: Whether the Appellate Court correctly concluded that, for purposes of § 504 of the federal Rehabilitation Act of 1973 and article twenty-one of the amendments to the Connecticut constitution, the plaintiff's employment termination was not "solely by reason of his disability."

*William J. Dolan*, in support of the petition.

Decided January 22, 1998